## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERVIN ESTRADA JEREZ, | : | Civil No. 1:23-CV-00306 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF MOSHANNON | : | |
| VALLEY PROCESSING CENTER, *et* | : | |
| *al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 21st day of June, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, Doc. 1, is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.


<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania